UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

DIAN MATHEWS,

    Plaintiff,

vs.

PERFORMANT RECOVERY, INC.;
and DOES 1 through 10, inclusive,

    Defendant.

Case No. 2:13-cv-01030-GLF-NMK

## ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, DIAN MATHEWS against Defendants, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive are dismissed, with prejudice. Plaintiff DIAN MATHEWS, and Defendant PERFORMANT RECOVERY, INC., shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 12/5/13

/s/ Gregory L. Frost
U.S. District Judge
Southern District of Ohio